existence of authority on his part to enter into a binding contract for the sale thereof.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

NELSON MACY, Individually and as Executor of FRANCIS H. MACY, Deceased, Respondent, *v.* SUSAN A. BURCHILL et al., Individually and as Executors of KATHERINE J. MACY, Deceased, et al., Appellants, Impleaded with Others.

*Will — trust — action to impress a trust upon property and for construction of a will.*

*Macy* v. *Burchill,* 223 App. Div. 702, affirmed.

(Argued June 14, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1928, unanimously affirming an interlocutory judgment in favor of the plaintiff, declaring a trust *ex maleficio* in favor of the plaintiff's testator and impressing this trust upon the property devised and bequeathed by the fourth paragraph of the will of his mother, Katherine J. Macy, and directing that the defendants Susan A. Burchill and Clarence E. Thornall, as trustees *ex maleficio,* account to the plaintiff for that property and construing the fifth paragraph of Katherine J. Macy's will in favor of her son, the plaintiff's testator, and directing the Commercial Trust Company of New Jersey as trustee to account to the plaintiff for the property referred to in that paragraph of her will.

*George W. Alger* and *Matthew B. Sentner* for executors, appellants.

*C. Parker Lattin* for Celestine A. Drew et al., appellants.

*John McKim Minton, Jr.,* and *Franklin H. Mills,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.